**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1151**

———————

JOHN EDMOND; PAMELA LYLES,

Plaintiffs - Appellants,

versus

JUDY NIGH; SNOWDEN CHASE REALTY; EDWARD J.
MAHER; PRINCE GEORGE'S COUNTY, MARYLAND;
PRINCE GEORGE'S COUNTY SHERIFF'S OFFICE;
UNIDENTIFIED OFFICERS 1 and 2; STATE OF
MARYLAND,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(8:05-cv-02750-DKC)

———————

Submitted: July 24, 2007          Decided:  July 26, 2007

———————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edmond, Pamela Lyles, Appellants Pro Se.  Juliane Corroon
Miller, HUDGINS LAW FIRM, Alexandria, Virginia; William Leonard
Mitchell, II, ECCLESTON & WOLF, PC, Washington, D.C.; Rajeshanand
Kumar, PRINCE GEORGES COUNTY OFFICE OF LAW, Upper Marlboro,
Maryland; Cynthia G. Peltzman, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Edmond and Pamela Lyles appeal the district court's order dismissing their civil action arising out of their eviction from an apartment in Laurel, Maryland. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edmond v. Nigh, No. 8:05-cv-02750-DKC (D. Md. Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED